RONALD DORAN, Plaintiff-Appellant, *v.* MERCANTILE TRUST AND SAVINGS BANK, Defendant-Appellee.

MERCANTILE TRUST AND SAVINGS BANK, Third-Party Plaintiff, *v.* LINDA DORAN *et al.*, Third-Party Defendants-Appellees.

(No. 12102;

Fourth District—July 19, 1973.

Opinion by Mr. JUSTICE SIMKINS.

Lewis, Blickhan, Garrison & Tucker, of Quincy, for appellant.

John T. Robertson, of Schmiedeskamp, Robertson, House, Neu & Mitchell, of Quincy, for appellee.

Pollock, Ennis, O'Connell & Cashman, of Quincy, for third-party appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FRANKLIN NULL, Defendant-Appellant.

(No. 11602;

Fourth District—July 25, 1973.